## THIRD DEPARTMENT, JULY, 1961

### (July 6, 1961)

(Amended)

In the Matter of LEVBOURNE REALTY CO., INC., et al., Respondents, v. INDUSTRIAL COMMISSIONER OF THE STATE OF NEW YORK, Appellant.—

Bergan, P. J., Gibson, Reynolds and Taylor, JJ., concur.

### (July 21, 1961)

In decisions Nos. 1-3 the court is as follows: Present — Bergan, P. J., Gibson, Herlihy, Reynolds and Taylor, JJ.

WILMA BAUMAN, Respondent, v. JAY D. FISHER, Appellant.— Order settled and signed.

SYLVIA SANDFIELD, Plaintiff, v. LOUIS GOLDSTEIN et al., Defendants.— Motion denied, without costs.

SHIRLEY ALFRED, as Executrix of NATHAN ALFRED, Deceased, et al., Respondents, v. 300 BROADWAY REALTY CORPORATION et al., Appellants.— Motion by appellants to vacate, during pendency of appeal, an order granted at Special Term which continued a stay, denied, without prejudice to a further motion for the same relief upon the same or other papers; and without prejudice to a preliminary application in connection with such further motion, if made, for appropriate relief to any Justice of this court.